# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 28, 2021**

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Albers, Denise Sharon | Docket No. | 1:21CR02013-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Denise Sharon Albers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 18th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence amphetamine and methamphetamine on June 3, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On June 3, 2021, Ms. Albers reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, Ms. Albers signed a substance abuse admission form admitting she used illegal controlled substances on or about June 1, 2021.

On June 4, 2021, the undersigned officer confronted Ms. Albers about the above-noted presumptive positive urinalysis. Ms. Albers stated she found methamphetamine in her bedroom on June 1, 2021. She stated the substance got onto her hands and she incidentally ingested methamphetamine.

On June 18, 2021, Alere Toxicology Services (Alere) confirmed the urine specimen collected on June 3, 2021, tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on June 11, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On June 11, 2021, Ms. Albers reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. She signed a substance abuse admission/denial form claiming the presumptive positive test was residual from her ingestion of methamphetamine approximately 2 weeks prior.

On June 14, 2021, the undersigned officer confronted Ms. Albers about the above-noted presumptive positive urinalysis. Ms. Albers claimed her body has a slow metabolism and had not ingested methamphetamine for approximately 2 weeks.

PS-8

Re: **Albers, Denise Sharon**
June 28, 2021
Page 2

On June 22, 2021, Alere confirmed the urine specimen collected on June 11, 2021, tested positive for the presence of amphetamine and methamphetamine.

**Violation #3:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about June 17, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On June 22, 2021, Ms. Albers reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. She signed a substance abuse admission form admitting she ingested illegal controlled substances, but did not specify a specific date. Ms. Albers stated on the admission form she used illegal controlled substances, "so I can go to treatment."

On June 28, 2021, the undersigned officer confronted Ms. Albers about the above-noted presumptive positive urinalysis. Ms. Albers verbally admitted she last ingested methamphetamine on or about June 17, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 28, 2021

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

June 28, 2021
Date