# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Albers, Denise Sharon | Docket No. | 1:21CR02013-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Denise Sharon Albers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 18th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on July 20, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On July 20, 2021, Ms. Albers reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine.  Ms. Albers signed a substance abuse admission form admitting her last use of the aforementioned substances was on July 10, 2021.  Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On August 2, 2021, Alere confirmed Ms. Albers urine specimen collected on July 20, 2021, tested positive for the presence of amphetamine and methamphetamine.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: _____August 9, 2021_____ |
| by | s/Erik Carlson |
|  | Erik Carlson
U.S. Pretrial Services Officer |

PS-8

**Re: Albers, Denise Sharon**
**August 9, 2021**
**Page 2**


THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

August 9, 2021
_____
Date