# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 16, 2021**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Albers, Denise Sharon | Docket No. | 1:21CR02013-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Denise Sharon Albers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 18th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting marijuana on or about August 3, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On August 9, 2021, Ms. Albers' substance abuse counselor at Pioneer Human Services advised the undersigned officer that Ms. Albers had admitted she recently ingesting marijuana.

Subsequently, the undersigned officer contacted Ms. Albers on August 9, 2021, and confronted her on her use of marijuana. Ms. Albers verbally admitted she ingested marijuana on or about August 3, 2021.

It should be noted on August 12, 2021, Ms. Albers reported to the U.S. Probation Office to submit to urinalysis. She, again, admitted to ingesting marijuana on or about August 3, 2021, and signed a substance abuse admission/denial report form acknowledging her use of marijuana.

**Violation #3:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting methamphetamine on July 29, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On August 12, 2021, Ms. Albers reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Albers admitted her last use of methamphetamine was on or about July 29, 2021. She signed a substance abuse admission/denial report form acknowledging her use of methamphetamine on or about July 29, 2021.

The urine specimen was sent to Alere Toxicology Services (Alere) for further analysis. The test results have yet to be received from Alere as of the date of this petition.

Re: Albers, Denise Sharon
August 16, 2021
Page 2

**Violation #4:** Denise Sharon Albers is alleged to have violated the conditions of pretrial release supervision by testing presumptive positive for the presence of amphetamine and methamphetamine on August 12, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On August 12, 2021, Ms. Albers reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Albers signed a substance abuse admission/denial report stating her last use of methamphetamine was on July 29, 2021.

The urine specimen was sent to Alere Toxicology Services (Alere) for further analysis. The test results have yet to be received from Alere as of the date of this petition.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT AND ISSUE A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 16, 2021

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 16, 2021
Date