UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Albers, Denise Sharon | Docket No. | 1:21CR02013-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Denise Sharon Albers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 18th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** Denise Sharon Albers is alleged to have violated the conditions of pretrial release supervision by testing presumptive positive for the presence of amphetamine and methamphetamine on August 16, 2021.

On May 21, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On August 16, 2021, Ms. Albers reported to Pioneer Human Service and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Albers signed a substance abuse denial report form denying the use of illegal controlled substances. The specimen was sent to Alere Toxicology Services (Alere) for further analysis. As of the date of this petition, the undersigned officer has yet to receive test results from Alere.

On August 18, 2021, the undersigned officer and Ms. Albers discussed the above-noted presumptive positive urinalysis. Ms. Albers admitted she ingested methamphetamine at some point the previous week, but could not remember the specific date.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 18, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Albers, Denise Sharon
August 18, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

August 19, 2021
Date