UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Albers, Denise Sharon | Docket No. | 1:21CR02013-RMP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Denise Sharon Albers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 1st day of October 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services and not exceed six (6) times per month. Defendant shall submit to any method of testing by the Pretrial Service Office for determine whether the Defendant is using a prohibited substance. Such methods may be use with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency any accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of marijuana on October 13, 2021.

On October 6, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On October 13, 2021, Ms. Albers reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of methamphetamine and marijuana. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On October 20, 2021, Alere confirmed the aforementioned urine specimen tested negative for the presence of amphetamine and methamphetamine. However, Alere did confirmed the above-noted urine sample tested positive for the presence of marijuana.

On October 21, 2021, the undersigned officer confronted Ms. Albers about testing positive for the presence of marijuana. Ms. Albers denied knowingly ingesting marijuana. However, Ms. Albers reported she had been given a cough drop that contained marijuana.

**Violation #2:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on October 28, 2021.

Re: Albers, Denise Sharon
November 8, 2021
Page 2

On October 6, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included standard condition number 9.

On October 28, 2021, Ms. Albers reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Subsequently, the urine sample was sent to Alere for further analysis.

On November 1, 2021, the undersigned officer confronted Ms. Albers about the aforementioned presumptive positive test result. Ms. Albers stated she had gone to a house where occupants of the residence were ingesting methamphetamine. Ms. Albers stated she had gone to this residence to obtain some tobacco and adamantly denied using methamphetamine.

On November 4, 2021, Alere confirmed the aforementioned urine specimen collected on October 28, 2021, tested positive for the presence of amphetamine and methamphetamine.

**Violation #3:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by failing to submit to random urinalysis on November 5, 2021.

On October 6, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers. Ms. Albers acknowledged an understanding of the conditions, which included additional condition number 27.

On November 5, 2021, Ms. Albers reported to Pioneer Human Services (PHS) for random urinalysis. Ms. Albers "stalled" and did not provide a urine specimen on that date.

Later on November 5, 2021, Ms. Albers left a voicemail message with the undersigned officer advising was unable to produce enough urine for a random drug test at PHS on that date.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   November 8, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

November 9, 2021
_____
Date