# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Albers, Denise Sharon | Docket No. | 1:21CR02013-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Denise Sharon Albers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 1st day of October 2021, under the following conditions:

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services and not exceed six (6) times per month. Defendant shall submit to any method of testing by the Pretrial Service Office for determine whether the Defendant is using a prohibited substance.  Such methods may be use with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency any accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** Denise Sharon Albers is alleged to have violated her conditions of pretrial release supervision by failing to submit to random urinalysis on November 10, 2021.

On October 6, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Albers.  Ms. Albers acknowledged an understanding of the conditions, which included additional condition number 27.

On November 10, 2021, Ms. Albers reported to Pioneer Human Services (PHS) for random urinalysis.  Ms. Albers "stalled" and did not provide a urine specimen on that date.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 23, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Albers, Denise Sharon
November 23, 2021
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

November 23, 2021
Date