PS 8 (3/15)

Case 1:21-cr-02013-JAG   ECF No. 112   filed 04/14/22   PageID.284   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Albers, Denise Sharon | Docket No. | 0980 1:21CR02013-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Denise Sharon Albers, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Spokane, Washington, on the 16th day of March 2022, under the following conditions:

**Special Condition #3:** If Defendant fails to reside at the Oxford House - Cannon Facility for 60 days, the facility personnel shall immediately notify the United States Probation Officer, who shall in turn immediately notify the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 21, 2022, the conditions of pretrial release supervision were reviewed with Ms. Albers. She acknowledged an understanding of the release conditions.

**Violation #1:** Denise Sharon Albers is alleged to have violated the conditions of pretrial release supervision by failing to reside at the Cannon Oxford House for 60 days.

On March 17, 2022, Ms. Albers was released from custody and moved into the Cannon Oxford House.

On April 5, 2022, Ms. Albers reported to the undersigned officer that she was removed from the Cannon Oxford House due to not getting along with other residents in the house. Currently, Ms. Albers is reportedly residing in a shelter operated by the Salvation Army that will assist her in locating permanent housing.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: April 14, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Albers, Denise Sharon
April 14, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/14/2022
_____
Date