PROB 12C
(6/16)

Report Date:  November 21, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2022

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Denise Sharon Albers                Case Number: 0980 1:21CR02013-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮, Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 25, 2022

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A) |
| Original Sentence: | Prison - 97 days;     Type of Supervision: Supervised Release<br>TSR - 60 months |
| Asst. U.S. Attorney: | Joseph H. Harrington     Date Supervision Commenced: August 25, 2022 |
| Defense Attorney: | John Stephen Roberts, Jr     Date Supervision Expires: August 24, 2027 |

## PETITIONING THE COURT

To issue a summons.

A supervision intake was completed on August 30, 2022. Ms. Albers signed her conditions, indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  It is alleged that Denise Albers violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about October 21, 2022. |
| | On October 21, 2022, Denise Albers reported to Pioneer Human Services (PHS) for the purposes of a random urinalysis.  The sample tested presumptive positive for methamphetamine.  Ms. Albers initially denied use.  However, on November 2, 2022, she reached out to the undersigned officer and admitted to the use of methamphetamine as a response to reported stress. |

Prob12C
**Re: Albers, Denise Sharon**
**November 21, 2022**
**Page 2**

2        **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Denise Albers violated the terms of her supervised by consuming a controlled substance, methamphetamine, on or about October 28, 2022.

        On November 3, 2022, Ms. Albers reported to the United States Probation Office. She submitted to a urinalysis which tested presumptive positive for methamphetamine. Ms. Albers admitted to using methamphetamine on October 28, 2022, and signed a drug use admission form.

3        **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Denise Albers violated the terms of her supervised by consuming a controlled substance, methamphetamine, on or about November 11, 2022.

        On November 16, 2022, Denise Albers reported to Pioneer Human Services for the purposes of a random urinalysis. The sample tested presumptive positive for methamphetamine. Ms. Albers admitted to PHS staff that she had consumed methamphetamine on November 11, 2022, and signed a drug use admission form.

4        **Special Condition #4:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence form this substance.

        **Supporting Evidence**: It is alleged that Denise Albers violated the terms of her supervised by consuming alcohol, on or about November 11, 2022.

        On November 18, 2022, Denise Albers reported to PHS for the purposes of a substance abuse evaluation. During this evaluation, she admitted to PHS staff that she consumed alcohol on November 11, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/21/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: Albers, Denise Sharon**
**November 21, 2022**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]   The Issuance of a Summons
[  ]    Other



_____
Signature of Judicial Officer

11/28/2022
_____
Date