PROB 12C
(6/16)

Report Date: March 8, 2023

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Mar 08, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Denise Sharon Albers          Case Number: 0980 1:21CR02013-MKD-1

Address of Offender: 4221 N. Adams, Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 25, 2022

Original Offense:   Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(A)

Original Sentence:   Prison - 97 days;          Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:   Alison Gregoire           Date Supervision Commenced: August 25, 2022

Defense Attorney:      John Stephen Roberts, Jr.  Date Supervision Expires: August 24, 2027

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/21/2022 and 12/6/2022.

A supervision intake was completed on August 30, 2022.  Ms. Albers signed her conditions, indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 7 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Denise Albers violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about February 27, 2023. |
| | On March 3, 2023, Denise Albers reported to Pioneer Human Services for the purpose of submitting a random urinalysis.  The sample tested presumptive positive for methamphetamine.  Ms. Albers signed a drug use admission form admitting to consuming methamphetamine on February 27, 2023. |

Prob12C
**Re: Albers, Denise Sharon**
**March 8, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/08/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer
3/8/2023
Date